FILED

FEB 20 2008

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-07-280-KEW |
| THOMAS J. AISHMAN, JR., a/k/a Tom J. Aishman, a/k/a Thomas J. Aishman; et al., | ) |
| Defendants. | ) |

## OPINION AND ORDER

On January 8, 2008, Plaintiff filed a Motion for Summary Judgment, seeking judgment on all pending claims brought against Defendant Thomas J. Aishman, Jr., a/k/a Tom J. Aishman, a/k/a Thomas J. Aishman in this action. In accordance with this Court's local rules, Defendant was required to file a response to this Motion by January 23, 2008. EDOK LcvR 7.1(f). Defendant did not respond to the Motion or seek an extension of the deadline to respond and, therefore, is in default. Additionally, this Court required Defendant to show cause as to why summary judgment should not be granted against him as reflected in the Show Cause Order entered February 1, 2008. Defendant did not file a show cause report by the date required in that Order. Accordingly, this Court finds Plaintiff's Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment filed January 8, 2008 (Docket Entry #66) against Defendant Thomas J. Aishman, Jr., a/k/a Tom J. Aishman, a/k/a Thomas J. Aishman is hereby **GRANTED** as filed.

IT IS SO ORDERED this 20th day of February, 2008.

*(signature)*
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE